07 CV 4791

JUDGE COTE

294-07/DPM/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
STOLT-NIELSEN TRANSPORTATION GROUP B.V.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Lawrence J. Kahn (LK 5215)

JUN 0 5 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STOLT-NIELSEN TRANSPORTATION GROUP B.V.,    07 CIV.      (     )

                Plaintiff,                                  **RULE 7.1 CORPORATE**
  -against-                                                        **DISCLOSURE STATEMENT**

MAHADEV AGRIBUSINESS CO.,

                Defendant.
------------------------------------------------------------------x

      STOLT-NIELSEN TRANSPORTATION GROUP BV, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a wholly owned subsidiary of Stolt-Nielsen S.A., a publicly traded corporation in the United States.

Dated: New York, New York
       June 4, 2007

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff
                STOLT-NIELSEN TRANSPORTATION GROUP B.V.

      By: _____
            Don P. Murnane, Jr. (DM 3639)
            Lawrence J. Kahn (LK 5215)
            80 Pine Street
            New York, NY 10005
            (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/284295.1