294-07/DPM/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
STOLT-NIELSEN TRANSPORTATION GROUP B.V.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Lawrence J. Kahn (LK 5215)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
STOLT-NIELSEN TRANSPORTATION GROUP
B.V.,

                       Plaintiff,

  -against-

MAHADEV AGRIBUSINESS CO.,

                       Defendant.
----------------------------------------------------------------x

07 CIV 4791 (DLC)

**NOTICE OF VOLUNTARY
DISCONTINUANCE
PURSUANT TO F.R.C.P.
RULE 41(a)(1)(A)**

Plaintiff STOLT-NIELSEN TRANSPORTATION GROUP B.V., through undersigned counsel pursuant to Fed.R.Civ.P. 41(a)(1)(A) hereby serves its notice of voluntary dismissal of this matter without prejudice and without costs. Plaintiff avers, through undersigned counsel, that Defendant MAHADEV AGRIBUSINESS CO. has not appeared, filed an answer or filed a motion for summary judgment in this action.

Dated: New York, New York
       June 11, 2008

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          STOLT-NIELSEN TRANSPORTATION GROUP B.V.

                          By: _____
                          Don P. Murnane, Jr. (DM 3639)
                          Lawrence J. Kahn (LK 5215)
                          80 Pine Street
                          New York, NY 10005
                          (212) 425-1900 / (212) 425-1901 fax

NYDOCS1/306087.1

*So ordered.*
*[signature]*
*June 11, 2008*